CSD 3060 [11/15/04]
Name, Address, Telephone No. & I.D. No.
Law Office of Sean C. Coughlin (#167900)
12780 High Bluff Drive, Suite 270
San Diego, CA 92130
Tel.: (858) 369-5577 / Fax: (858) 369-5575
Email: scc@coughlin-law.com
Attorneys for Leslie T. Gladstone, Chapter 7 Trustee
for In Re Creative Capital Leasing Group, LLC
(Bankruptcy Case No. 07-04977)

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>ALFREDO DINUNZIO and ROSANNA DINUNZIO<br><br>Debtor. | BANKRUPTCY NO. 05-04824-PB7 |
| CREATIVE CAPITAL LEASING GROUP, LLC,<br>a California limited liability company,<br><br>Plaintiff(s) | ADVERSARY NO. 05-90358-PB7 |
| v.<br>ALFREDO DINUNZIO and ROSANNA DINUNZIO,<br>and DOES 1 through 20, inclusive<br><br>Defendant(s) | |

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

1. ☒ Judgment creditor <u>Leslie T. Gladstone, Chapter 7 Trustee for Estate of Chapter 7 Bankruptcy Case No. 07-04977 In Re Creative Capital Leasing Group, LLC</u>  ☐ Assignee of record   ☐ Plaintiff who has a right to attach order applies for an order requiring (*name*):

   <u>Alfredo Dinunzio</u> to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.

2. The person to be examined is
   ☒ the judgment debtor.
   ☐ a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under CCP § 491.110 or § 708.120 is attached.

3. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.

4. ☐ This court is not the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under CCP § 491.150 or § 708.160 is attached.

5. ☐ The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April <u>20</u>, 2011         LAW OFFICE OF SEAN C. COUGHLIN

<u>/s/ Sean C. Coughlin</u>
Sean C. Coughlin
Attorney for Leslie T. Gladstone, Chapter 7 Trustee for
In re Creative Capital Leasing Group, LLC
(Bankruptcy Case No. 07-04977)

CSD 3060        **SUBMIT WITH ORDER TO APPEAR FOR EXAMINATION (CSD 3061)**